MICHAEL D. PROSPERIE, M.D.

VERSUS

C&M MEDICAL SERVICES INC., CRISTOBAL
V. MANDRY, M.D., LAW OFFICES OF SCOTT
G. JONES, LLC, SCOTT G. JONES AND ABC
INSURANCE COMPANY

NO. 21-C-543

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

September 21, 2021

Nancy F. Vega
Chief Deputy Clerk

**IN RE** MICHAEL D. PROSPERIE, M.D.

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE LEE V. FAULKNER,
JR., DIVISION "P", NUMBER 797-480

---

Panel composed of Judges Marc E. Johnson,
Robert A. Chaisson, and John J. Lee, Jr.

**WRIT GRANTED**

Venue is a question of law which is reviewed *de novo* by the appellate court. *Seghers v. LaPlace Equip. Co., Inc.*, 13-350 (La. App. 5 Cir. 2/12/14), 136 So.3d 64. A plaintiff who is defending against a declinatory exception of improper venue by invoking the provisions of La. C.C.P. art. 73 must allege sufficient facts to show that the venue chosen is the proper venue of at least one of the joint or solidary obligors. *Spott v. Otis Elevator Co.*, 601 So.2d 1355, 1360 (La. 1992). Additionally, the plaintiff is also required to allege facts showing that the various defendants are in fact jointly or solidarily obligated. *Seghers*, *supra*.

Upon our *de novo* review, we find that the trial court was correct to grant the declinatory exception based on the facts alleged in the petition. Dr. Prosperie has alleged facts sufficient to establish that the venue chosen is proper as to at least one of the defendants, but has not alleged facts showing that the various defendants are jointly or solidarily obligated. Nevertheless, we find that the grounds pleaded in the declinatory exception may be removed by amendment of the petition. La. C.C.P. art. 932. Accordingly, we amend the judgment of the trial court to allow Dr. Prosperie thirty (30) days to amend the petition to remove the grounds of the exception if he is able to do so, and we affirm as amended the trial court's judgment.

Gretna, Louisiana, this 21st day of September, 2021.

**RAC**
**MEJ**
**JJL**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/21/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-C-543**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (DISTRICT JUDGE)
Kevin P. Riche' (Respondent)

Stanwood R. Duval (Relator)
David I. Bordelon (Respondent)
David S. Daly (Respondent)
Elliot M. Lonker (Respondent)

### MAILED

April A. Trahan (Relator)
Attorney at Law
Post Office Box 3017
Houma, LA 70361